1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | 1:09-MC-00047-GSA |
   |---|---|---|
12 | Plaintiff, | ) ) | **STIPULATION AND ORDER** |
13 | v. | ) ) ) | **EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN** |
14 |  | ) ) | **INDICTMENT ALLEGING FORFEITURE** |
15 | 2006 ASTON MARTIN DC-9 CONVERTIBLE, | ) ) |  |
16 | VIN: SCFAD02AX6GB04658, LICENSE NO. 5WWZ765, | ) ) |  |
17 |  | ) |  |
18 | APPROXIMATELY $145,854.46 IN U.S. CURRENCY, | ) ) |  |
19 | APPROXIMATELY $83,386.27 IN U.S. CURRENCY, | ) ) |  |
20 |  | ) |  |
21 | APPROXIMATELY $3,013.99 IN U.S. CURRENCY, and | ) ) |  |
22 | 1993 CESSNA 550 FIXED WING MULTI-ENGINE AIRCRAFT, SERIAL NO. 550- | ) ) |  |
23 | 0725, TAIL NO. N725CC, | ) |  |
24 |  | ) ) |  |
25 | Defendants. _____ | ) ) |  |

26     It is hereby stipulated by and between the United States of America and Claimants Kathleen

27 Otto and Manufacturers Acceptance Corporation (MAC) dba Heritage Pacific Leasing by Lynn

28 Haynes, (hereafter "Claimants"), by and through their respective attorney, as follows:

                                    1   STIPULATION AND ORDER EXTENDING
                                        UNITED STATES TIME TO FILE

1.     On or about August 7, 2009, Claimants filed claims, in the administrative forfeiture proceeding, with the Federal Bureau of Investigation with respect to the 2006 Aston Martin DC-9 Convertible, VIN: SCFAD02AX6GB04658, License No. 5WWZ765( the "vehicle"), approximately $145,854.46 in U.S. Currency, approximately $83,386.27 in U.S. Currency, and approximately $3,013.99 in U.S. Currency (the "currency").  The vehicle was seized on or about May 29, 2009; the currency was seized on or about June 8, 2009.

2.     The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 21 U.S.C. § 881 to all known interested parties.  The time has expired for any person to file a claim to the vehicle and currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person(s) other than the Claimants have filed claims to the vehicle and currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the vehicle and currency and/or to obtain an indictment alleging that the vehicle and currency are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 3, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the vehicle and currency and/or to obtain an indictment alleging that the vehicle and currency are subject to forfeiture.

5.     The 1993 Cessna 550 Fixed Wing Multi-Engine Aircraft, Serial No. 550-0725, Tail No. N725CC (hereafter "Cessna"), does not fall under administrative forfeiture eligibility however the parties herein stipulate to include the Cessna under the governments requirement to file a Civil Forfeiture Complaint or Indictment alleging Forfeiture on the within stipulated deadline date.

///
///
///
///

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the vehicle, currency, and Cessna and/or to obtain an indictment alleging that the vehicle, currency, and Cessna are subject to forfeiture shall be extended to June 3, 2010.

Dated: April 5, 2010
BENJAMIN B. WAGNER
United States Attorney

/s/ Deanna L. Martinez
DEANNA L. MARTINEZ
Assistant United States Attorney


Dated: April 5, 2010
/s/ Paul L. Gabbert
PAUL L. GABBERT
Attorney for Claimants

(original signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated: **April 7, 2010**       /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE