1 BENJAMIN B. WAGNER
United States Attorney
2 DEANNA L. MARTINEZ
Assistant United States Attorney
3 United States Courthouse
2500 Tulare Street, Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6 Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            ) 1:09-MC-00047-GSA
                                         )
12 |         Plaintiff,                   ) ***SEVENTH* STIPULATION AND ORDER**
                                         ) **EXTENDING THE UNITED STATES'**
13 |     v.                              ) **TIME TO FILE A COMPLAINT FOR**
                                         ) **FORFEITURE AND/OR TO OBTAIN AN**
14 |                                      ) **INDICTMENT ALLEGING FORFEITURE**
                                         )
15 | 2006 ASTON MARTIN DC-9              )
CONVERTIBLE,                            )
16 | VIN: SCFAD02AX6GB04658,            )
LICENSE NO. 5WWZ765,                   )
17 |                                      )
APPROXIMATELY $145,854.46 IN U.S.      )
18 | CURRENCY,                          )
                                         )
19 | APPROXIMATELY $83,386.27 IN U.S.   )
CURRENCY,                              )
20 |                                      )
APPROXIMATELY  $3,013.99 IN U.S.       )
21 | CURRENCY, and                      )
                                         )
22 | 1993 CESSNA 550 FIXED WING MULTI-  )
ENGINE AIRCRAFT, SERIAL NO. 550-       )
23 | 0725, TAIL NO. N725CC,             )
                                         )
24 |                                      )
         Defendants.                    )
25 | _____ )

26        It is hereby stipulated by and between the United States of America and Claimants Kathleen

27 Otto and Manufacturers Acceptance Corporation (MAC) dba Heritage Pacific Leasing by Lynn

28 Haynes, (hereafter "Claimants"), by and through their respective attorney, as follows:

                                  1    STIPULATION AND ORDER EXTENDING
                                       UNITED STATES TIME TO FILE

1          1.      On or about August 7, 2009, Claimants filed claims, in the administrative

2    forfeiture proceeding, with the Federal Bureau of Investigation with respect to the 2006 Aston

3    Martin DC-9 Convertible, VIN: SCFAD02AX6GB04658, License No. 5WWZ765( the

4    "vehicle"), approximately $145,854.46 in U.S. Currency, approximately $83,386.27 in U.S.

5    Currency, and approximately $3,013.99 in U.S. Currency (the "currency").  The vehicle was

6    seized on or about May 29, 2009; the currency was seized on or about June 8, 2009.

7          2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit

8    required by 21 U.S.C. § 881 to all known interested parties.  The time has expired for any person to

9    file a claim to the vehicle and currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person(s) other

10   than the Claimants have filed claims to the vehicle and currency as required by law in the

11   administrative forfeiture proceeding.

12         3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

13   forfeiture against the vehicle and currency and/or to obtain an indictment alleging that the vehicle

14   and currency are subject to forfeiture within 90 days after a claim has been filed in the administrative

15   forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement

16   of the parties.

17         4.      By Stipulation and Order filed on November 4, 2009, the parties stipulated to extend

18   to December 4, 2009, the time in which to file a Complaint for Forfeiture and/or obtain an

19   Indictment Alleging Forfeiture.

20         5.      By Stipulation and Order filed on December 4, 2009, the parties stipulated to extend

21   to February 2, 2010, the time in which to file a Complaint for Forfeiture and/or to Obtain an

22   Indictment Alleging Forfeiture.

23         6.      By Stipulation and Order filed on February 1, 2010, the parties stipulated to further

24   extend to April 5, 2010, the time in which to file a Complaint for Forfeiture and/or to Obtain an

25   Indictment Alleging Forfeiture.

26         7.      By Stipulation and Order filed on April 5, 2010, the parties stipulated to further

27   extend to June 3, 2010, the time in which to file a Complaint for Forfeiture and/or to Obtain an

28   Indictment Alleging Forfeiture.

1        8.      By Stipulation and Order filed on June 3, 2010, the parties stipulated to further extend

2  to July 7, 2010, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment

3  Alleging Forfeiture.

4        9.      By Stipulation and Order filed on July 7, 2010, the parties stipulated to further extend

5  to August 9, 2010, the time in which to file a Complaint for Forfeiture and/or to Obtain an

6  Indictment Alleging Forfeiture.

7       10.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further

8  extend to September 10, 2010, the time in which the United States is required to file a civil

9  complaint for forfeiture against the vehicle and currency and/or to obtain an indictment alleging that

10  the vehicle and currency are subject to forfeiture.

11      11.    The 1993 Cessna 550 Fixed Wing Multi-Engine Aircraft, Serial No. 550-0725, Tail

12  No. N725CC (hereafter "Cessna"), does not fall under administrative forfeiture eligibility however

13  the parties herein stipulate to include the Cessna under the governments requirement to file a Civil

14  Forfeiture Complaint or Indictment alleging Forfeiture on the within stipulated deadline date.

15      12.    Accordingly, the parties agree that the deadline by which the United States shall be

16  required to file a complaint for forfeiture against the vehicle, currency, and Cessna and/or to obtain

17  an indictment alleging that the vehicle, currency, and Cessna are subject to forfeiture shall be

18  extended to September 10, 2010.

19

Dated: August 9 , 2010             BENJAMIN B. WAGNER

20                              United States Attorney

21                              /s/ Deanna L. Martinez

22                              DEANNA L. MARTINEZ
                                Assistant United States Attorney

23

Dated: August 9 , 2010             /s/ Paul L. Gabbert

24                              PAUL L. GABBERT
                                Attorney for Claimants

25

    IT IS SO ORDERED.

26

    **Dated:   August 10, 2010**          **/s/ Gary S. Austin**

27                              UNITED STATES MAGISTRATE JUDGE

28