# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>2006 ASTON MARTIN DC-9 CONVERTIBLE, VIN: SCFAD02AX6GB04658, License No. 5WWWZ765, et al.,<br><br>  Defendants. | 1:09-mc-00047 AWI GSA<br><br>**ORDER REGARDING STIPULATION CONCERNING CLAIMANTS' COUNSEL'S APPEARANCE AT FORTHCOMING STATUS CONFERENCE**<br><br>(Document 44) |

On November 17, 2011, Chief District Judge Anthony W. Ishii issued an order setting a status conference for December 8, 2011, before the undersigned. The order noted that the personal appearances of both Plaintiff's counsel and Claimants' counsel were required. (*See* Doc. 42.)

On December 2, 2011, counsel for Plaintiff filed a stipulation with this Court, wherein it was requested that Claimants' counsel Paul L. Gabbert be excused from an appearance at the status conference, or, in the alternative, that Claimants' counsel be permitted to appear by telephone. (Doc. 44.)

1

**ORDER**

Claimants' counsel Paul L. Gabbert *may appear telephonically* at the status conference set for December 8, 2011.  Mr. Gabbert is directed to call chambers on December 8, 2011, at 9:00 a.m., at (559) 499-5960.  Plaintiff's counsel shall personally appear.

The parties are reminded of their obligation to be prepared to discuss and identify relevant authority regarding this Court's ability to grant an extension of time to Plaintiff in order that it may file a complaint for forfeiture and/or obtain an indictment following the dismissal of all Defendants with the exception of Defendant Cessna.

IT IS SO ORDERED.

Dated:   **December 5, 2011**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE