```
BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>2006 ASTON MARTIN DC-9 CONVERTIBLE,<br>VIN: SCFAD02AX6GB04658,<br>LICENSE NO. 5WWZ765,<br><br>APPROXIMATELY $145,854.46 IN U.S. CURRENCY,<br><br>APPROXIMATELY $83,386.27 IN U.S. CURRENCY,<br><br>APPROXIMATELY $3,013.99 IN U.S. CURRENCY, and<br><br>1993 CESSNA 550 FIXED WING MULTI-ENGINE AIRCRAFT, SERIAL NO. 550-0725, TAIL NO. N725CC,<br><br>    Defendants. | 1:09-MC-00047-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON** |

The United States of America, by and through its undersigned counsel moves to dismiss without prejudice the pending action 1:09-MC-00047-AWI-GSA, in its entirety, against the above-captioned remaining defendant 1993 Cessna 550 Fixed Wing Multi-Engine Aircraft, Serial No. 550-0725, Tail No. N725CC ("defendant aircraft") pursuant to

Federal Rules of Civil Procedure Rule 41(a)(1).

1. The forfeiture of the 2006 Aston Martin DC-9 Convertible, VIN: SCFAD02AX6GB04658, License No. 5WWZ765 ( the "vehicle"); approximately $145,854.46 in U.S. Currency, approximately $83,386.27 in U.S. Currency, approximately $3,013.99 in U.S. Currency (the "currency"), is being handled administratively by the seizing agency and as such, a judicial forfeiture is unnecessary. The vehicle and the currency were previously dismissed with prejudice from the above-captioned case, leaving the defendant aircraft as the only remaining defendant asset.

2. With regard to the forfeiture of the defendant aircraft, the above-captioned miscellaneous court case number is no longer necessary. At a later date, the United States of America will proceed with judicial forfeiture of the defendant aircraft by filing a new separate civil forfeiture *in rem* complaint against the defendant 1993 Cessna 550 Fixed Wing Multi-Engine Aircraft, Serial No. 550-0725, Tail No. N725CC and/or by obtaining an Indictment Alleging Forfeiture as to the defendant aircraft.

3. In light of the fact that the currency and vehicle will be handled as part of the administrative forfeiture process by the seizing agency and the forfeiture of the defendant aircraft will proceed judicially at a later date via a new separate complaint and/or indictment, the United States requests dismissal without prejudice of the pending action 1:09-MC-00047-AWI-GSA as to the remaining defendant 1993 Cessna 550 Fixed Wing Multi-Engine Aircraft, Serial No. 550-0725, Tail No. N725CC.

Dated:   12/08/2011         BENJAMIN B. WAGNER
                            United States Attorney


                            /s/ Heather Mardel Jones
                            HEATHER MARDEL JONES
                            Assistant United States Attorney

**ORDER**

In light of the parties' stipulation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:     December 10, 2011

CHIEF UNITED STATES DISTRICT JUDGE