1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for United States

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                )   1:09-MC-00047-GSA
                                             )
12                   Plaintiff,              )   **NOTICE OF VOLUNTARY**
                                             )   **DISMISSAL WITHOUT**
13         v.                                )   **PREJUDICE AND ORDER**
                                             )   **THEREON**
14                                           )
    2006 ASTON MARTIN DC-9                   )
15  CONVERTIBLE,                             )
    VIN: SCFAD02AX6GB04658,                  )
16  LICENSE NO. 5WWZ765,                     )
                                             )
17  APPROXIMATELY $145,854.46 IN U.S.        )
    CURRENCY,                                )
18                                           )
    APPROXIMATELY $83,386.27 IN U.S.         )
19  CURRENCY,                                )
                                             )
20  APPROXIMATELY  $3,013.99 IN U.S.         )
    CURRENCY, and                            )
21                                           )
    1993 CESSNA 550 FIXED WING MULTI-        )
22  ENGINE AIRCRAFT, SERIAL NO. 550-         )
    0725, TAIL NO. N725CC,                   )
23                                           )
                     Defendants.             )
24  _____

25        The United States of America, by and through its undersigned counsel moves to

26  dismiss without prejudice the pending action 1:09-MC-00047-AWI-GSA, in its entirety,

27  against the above-captioned remaining defendant 1993 Cessna 550 Fixed Wing Multi-

28  Engine Aircraft, Serial No. 550-0725, Tail No. N725CC ("defendant aircraft") pursuant to

                                        1          Notice of Voluntary Dismissal Without Prejudice
                                                                           and Order Thereon

1   Federal Rules of Civil Procedure Rule 41(a)(1).

2       1.    The forfeiture of the 2006 Aston Martin DC-9 Convertible, VIN:

3   SCFAD02AX6GB04658, License No. 5WWZ765 ( the "vehicle"); approximately

4   $145,854.46 in U.S. Currency, approximately $83,386.27 in U.S. Currency, approximately

5   $3,013.99 in U.S. Currency (the "currency"), is being handled administratively by the

6   seizing agency and as such, a judicial forfeiture is unnecessary. The vehicle and the

7   currency were previously dismissed with prejudice from the above-captioned case, leaving

8   the defendant aircraft as the only remaining defendant asset.

9       2.    With regard to the forfeiture of the defendant aircraft, the above-captioned

10  miscellaneous court case number is no longer necessary.  At a later date, the United

11  States of America will proceed with judicial forfeiture of the defendant aircraft by filing a

12  new separate civil forfeiture *in rem* complaint against the defendant 1993 Cessna 550

13  Fixed Wing Multi-Engine Aircraft, Serial No. 550-0725, Tail No. N725CC and/or by

14  obtaining an Indictment Alleging Forfeiture as to the defendant aircraft.

15      3.    In light of the fact that the currency and vehicle will be handled as part of

16  the administrative forfeiture process by the seizing agency and the forfeiture of the

17  defendant aircraft will proceed judicially at a later date via a new separate complaint

18  and/or indictment, the United States requests dismissal without prejudice of the pending

19  action 1:09-MC-00047-AWI-GSA as to the remaining defendant 1993 Cessna 550 Fixed

20  Wing Multi-Engine Aircraft, Serial No. 550-0725, Tail No. N725CC.

21

    Dated:   12/08/2011                BENJAMIN B. WAGNER

22                                                    United States Attorney

23                                            /s/ Heather Mardel Jones

24                                          HEATHER MARDEL JONES
                                        Assistant United States Attorney

25

26

27

28

Notice of Voluntary Dismissal Without Prejudice
and Order Thereon

1

**ORDER**

2      In light of the parties' stipulation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

3   the Clerk of the Court is DIRECTED to close this action.

4   IT IS SO ORDERED.

5

6   Dated:    December 10, 2011          _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Voluntary Dismissal Without Prejudice
                                                             and Order Thereon